# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

       VS                                              CASE NO. 3:98cr38-02/LAC

HOWARD CHEWING

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on     October 7, 2009

Motion/Pleadings:   MOTION to be physically present for new sentencing hearing and Motion for resentencing pursuant to 73 Fed.Reg. at 217-01 and *Kimbrough v. United States, 552 U.S. (207)* and 18 U.S.C. § 3582.

Filed by  DEFENDANT             on   9/16/2009     Doc.#   184

RESPONSES:

 None                               on                  Doc.#

                                     on                  Doc.#

|  |  |
|---|---|
| _____ Stipulated | _____ Joint Pldg. |
| _____ Unopposed | _____ Consented |

                       WILLIAM M. McCOOL, CLERK OF COURT

_____

LC (1 OR 2)                     *s/ Jerry Marbut*

                      Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of November, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant was never held accountable for cocaine base of any amount. Therefore, he is not entitled to any sentence reduction pursuant to 18 U.S.C.§3582(c)(2).*

                      *s/ L.A. Collier*

                      **LACEY A. COLLIER**
                *Senior United States District Judge*